# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Namecheap, Inc. | ) ) ) Case No. 21-cv-02146 ) ) |

**Declaration in Support of Petitioner Antares Capital LP's**
**Request for Issuance of 17 U.S.C. § 512(h) Subpoena**

I, Luke DeMarte, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and a partner with Michael Best & Friedrich LLP ("MBF"), counsel for Antares Capital LP ("Antares"). MBF is authorized to act on behalf of Antares on matters involving the infringement of Antares' copyrighted works. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this Declaration in support of Antares' request for issuance of a subpoena to Namecheap, Inc. pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer or infringers who posted unauthorized copies of certain works owned by Antares in violation of Antares' copyrights (the "Infringing Content"), including at the following URLs:

https://www.theatlanticfinance.com/

https://www.theatlanticfinance.com/our-teams/

https://www.theatlanticfinance.com/loan-application/

https://www.theatlanticfinance.com/about/

1

3. On April 19, 2021, I submitted a notification of infringement to Namecheap on behalf of Antares, via email to dmca@namecheap.com, identifying the Infringing Content and providing information required by 17 U.S.C. § 512(c)(3)(A). This is the email address identified by Namecheap to send notifications of claimed infringement. A true and correct copy of the notice submitted to Namecheap is attached to this Declaration as Exhibit 1.

4. The infringing content has not yet been removed.

5. Antares is seeking this DMCA Subpoena to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Antares's rights under 17 U.S.C. §§ 101, *et seq.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 21, 2021 /s/ *Luke DeMarte*

Luke DeMarte
Attorney for Petitioner
Antares Capital LP

# EXHIBIT 1



**Michael Best & Friedrich LLP**
**Attorneys at Law**
**Luke W. DeMarte**
**T** 312.222.5795
**E** lwdemarte@michaelbest.com

April 19, 2021

**VIA E-MAIL DMCA@NAMECHEAP.COM**

Namecheap, Inc.
Namecheap Legal Department
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Re: DMCA Takedown Notice and Copyright Infringement Notification

Dear Sirs:

This firm represents Antares Capital LP ("Antares"). We hereby provide notice of infringements of Antares' copyrights pursuant to the Digital Millennium Copyright Act.

Antares is the owner of various copyrighted works, including the website https://www.antares.com/ and all of the images, text, and audiovisual works displayed on such site (collectively, the "Antares Website").

It has come to our attention that Namecheap is hosting a website at https://www.theatlanticfinance.com/ which contains unauthorized copies of text and images from the Antares Website (the "Infringing Materials"). This website hosted by Namecheap is designed to mimic the Antares Website in its entirety and deceive visitors into believing that it is associated with the Antares Website.

Representative examples of such unauthorized copying include the following:



Namecheap
April 19, 2021
Page 2

Antares Website (https://www.antares.com/)



Infringing Materials (https://www.theatlanticfinance.com/)





Namecheap
April 19, 2021
Page 3

Antares Website (https://www.antares.com/our-professionals/)



Infringing Materials (https://www.theatlanticfinance.com/our-teams/)





Namecheap  
April 19, 2021  
Page 4

Antares Website (https://www.antares.com/market-insights/)



Infringing Materials (https://www.theatlanticfinance.com/loan-application/)





Namecheap
April 19, 2021
Page 5

Antares Website (https://www.antares.com/about/)



Infringing Materials (https://www.theatlanticfinance.com/about/)





Namecheap
April 19, 2021
Page 6

I have a good faith belief that such use of the Infringing Materials on the www.theatlanticfinance.com website hosted by Namecheap is not authorized by the copyright owner, the copyright owner's agent, or the law. The information in this notification is accurate. I swear, under the penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that are allegedly infringed.

I request that you immediately remove or disable access to all of the Infringing Materials.

I can be contacted at the address, email address and phone number below:

> Luke DeMarte
> Michael Best & Friedrich LLP
> 444 W. Lake Street, Suite 3200
> Chicago, IL 60606
> lwdemarte@michaelbest.com
> (312) 222-5795

Very truly yours,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Luke W. DeMarte*

Luke W. DeMarte

212828-9006\30349519.v1